Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
SAGARIA LAW, P.C.
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA AMADO,<br><br>    Plaintiff,<br><br>v.<br><br>MID AMERICA BANK & TRUST COMPANY, et al,<br><br>    Defendants. | Case No.: 5:17-cv-00300-NC<br><br>**STIPULATION FOR DISMISSAL OF MID AMERICA BANK & TRUST COMPANY; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Tara Amado and defendant Mid America Bank & Trust Company that Mid America Bank & Trust Company be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF MID AMERICA BANK & TRUST COMPANY; [PROPOSED] ORDER
-1-

| | | |
|---|---|---|
| DATED: April 17, 2017 | | **Sagaria Law, P.C.** |
| | By: | /s/ Elliot Gale |
| | | Elliot Gale |
| | | Attorney for Plaintiff Tara Amado |

| | | |
|---|---|---|
| DATED: April 17, 2017 | | **Wilson Elser Moskowitz Edeman and Dicker, LLP** |
| | By: | /s/ Gregory K. Lee |
| | | Gregory K. Lee |
| | | Attorney for Defendant Mid America Bank & Trust Company |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Gregory K. Lee has concurred in this filing.

/s/ Elliot Gale

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Mid America Bank & Trust Company is dismissed with prejudice.

IT IS SO ORDERED.

DATED: April 18, 2017

Magistrate [signature] Cousins
UNITED STATES DISTRICT JUDGE

**GRANTED**
Judge Nathanael M. Cousins